IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREN T. LUCCA, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEICO INS. CO., | : | No. 15-4124 |
| *Defendant*. | : | |

## ORDER

**AND NOW,** this 7th day of July, 2016, upon consideration of the Defendant's Motion to *in Limine* (Docket No. 19) and Plaintiff's opposition thereto (Docket No. 21), it is hereby **ORDERED** that the Motion (Docket No. 19) is **GRANTED**. Plaintiff is prohibited from offering evidence or testimony regarding the amount of underinsured motorist coverage on the insurance policy at issue in this matter and any premiums paid for that insurance.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge